# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Vellata, LLC,<br>        Plaintiff,<br>              v.<br>Landmark Media Enterprises, LLC,<br>        Defendants. | 2:09-cv-09339-AHM (AGRx)<br>Order of Dismissal<br><br>Judge Matz |

Pursuant to Plaintiff Vellata's notice of dismissal, it is ordered that this case is dismissed with prejudice under FED. R. CIV. P. 41(a)(1).

Each party will bear its own costs and attorneys' fees.

Dated:  March 08, 2010

_____
United States District Judge

**JS-6**

Order of Dismissal                                   1